## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 255 MAL 2012
:
                 Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
ALONZO DORSEY, :
:
            Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.